# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** APPALACHIAN VOICES, et al.

v.

EPA, et al.

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Air Alliance Houston | Health Resources in Action |
| Bessemer Historical Society d/b/a Steelworks | Inter-tribal Council of Michigan |
| Deep South Center for Environmental Justice | PUSH Buffalo |
| Downwinders at Risk | WE ACT for Environmental Justice |

### Counsel Information

**Lead Counsel:** Hana Vizcarra
**Direct Phone:** (202) 840-6203  **Fax:** (202) 667-2356  **Email:** hvizcarra@earthjustice.org

**2nd Counsel:** Deena Tumeh
**Direct Phone:** (202) 793-6482  **Fax:** (202) 667-2356  **Email:** dtumeh@earthjustice.org

**3rd Counsel:** Molly Prothero
**Direct Phone:** (202) 770-3974  **Fax:** (202) 667-2356  **Email:** mprothero@earthjustice.org

**Firm Name:** Earthjustice
**Firm Address:** 1001 G Street NW, Suite 1000, Washington DC 20001
**Firm Phone:** (202) 667-4500  **Fax:** (202) 667-2356  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)