UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** APPALACHIAN VOICES, et al.

v.

EPA, et al.

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Appalachian Voices

2C Mississippi

Lowcountry Alliance for Model Communities

Parks Alliance of Louisville, Inc.

Pittsburgh Conservation Corps (Landforce)

Southwest Renewal Foundation of High Point

### Counsel Information

Lead Counsel: Benjamin Grillot

Direct Phone: (202) 963-1141  Fax: (202) 347-6041  Email: bgrillot@selc.org

2nd Counsel: Kimberley Claire Hunter

Direct Phone: (919) 967-1450  Fax: (919) 929-9421  Email: kmeyer@selc.org

3rd Counsel: Irena Como

Direct Phone: (919) 967-1450  Fax: (919) 929-9421  Email: icomo@selc.org

Firm Name: Southern Environmental Law Center

Firm Address: 122 C St NW, Suite 325, Washington, DC 20001

Firm Phone: (202) 828-8382  Fax: (202) 347-6041  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** APPALACHIAN VOICES, et al.

v.

EPA, et al.

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Appalachian Voices | Pittsburgh Conservation Corps (Landforce) |
| 2C Mississippi | Southwest Renewal Foundation of High Point |
| Lowcountry Alliance for Model Communities | |
| Parks Alliance of Louisville, Inc. | |

### Counsel Information

**Lead Counsel:** N/A

Direct Phone: (___) _____ Fax: (___) _____ Email: _____

**2nd Counsel:** James S. Whitlock

Direct Phone: (828) 258-2023 Fax: (828) 258-2024 Email: jwhitlock@selc.org

**3rd Counsel:**

Direct Phone: (___) _____ Fax: (___) _____ Email: _____

**Firm Name:** Southern Environmental Law Center

**Firm Address:** 122 C St NW, Suite 325, Washington, DC 20001

**Firm Phone:** (202) 828-8382 Fax: (202) 347-6041 Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)