# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** APPALACHIAN VOICES, et al.,

**v.**

U.S. Environmental Protection Agency et a⊞

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ● Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

## Party Information
### (List each represented party individually - Use an additional blank sheet as necessary)

Institute for Sustainable Communities

Inter Tribal Council of Michigan

Kalamazoo County

Village of Kipnuk

## Counsel Information

Lead Counsel: Gary DiBianco

Direct Phone: ( 202 )  258-6826    Fax: (____) _____    Email: gary@lawyersforgoodgovernment.org

2nd Counsel:

Direct Phone: (____) _____    Fax: (____) _____    Email:

3rd Counsel:

Direct Phone: (____) _____    Fax: (____) _____    Email:

Firm Name:    Lawyers for Good Government

Firm Address: 1319 F St NW, Ste 301, PMB 387  Washington DC 20004

Firm Phone: ( 404 )  913-552-    Fax: (____) _____    Email: support@l4gg.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)