# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** APPALACHIAN VOICES, et al.,

v.

U.S. Environmental Protection Agency et al.

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ● Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- Inter Tribal Council of Michigan
- Kalamazoo County
- Village of Kipnuk

### Counsel Information

**Lead Counsel:** Gary DiBianco

**Direct Phone:** (202) 258-6826   **Fax:** (___) ___-____   **Email:** gary@lawyersforgoodgovernment.org

**2nd Counsel:**

**Direct Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____   **Fax:** (___) ___-____   **Email:**

**Firm Name:** Lawyers for Good Government

**Firm Address:** 1319 F St NW, Ste 301, PMB 387  Washington DC 20004

**Firm Phone:** (404) 913-552-   **Fax:** (___) ___-____   **Email:** support@l4gg.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)