**[ORAL ARGUMENT NOT YET SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| APPALACHIAN VOICES, et al.,<br><br>          Plaintiffs-Appellants,<br><br>   v.<br><br>ENVIRONMENTAL PROTECTION AGENCY & LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>          Defendants-Appellees. | No. 25-5333 |

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), undersigned counsel certifies as follows:

### A.    Parties and Amici

Plaintiff-appellants are Appalachian Voices; 2C Mississippi; Air Alliance Houston; Allegheny County, Pennsylvania; Bessemer Historical Society, doing business as Steelworks Center of the West; City and County of San Francisco, California; City of Sacramento,

California; City of Springfield, Massachusetts; Deep South Center for Environmental Justice; Downwinders at Risk; Health Resources in Action; Inter-Tribal Council of Michigan; Kalamazoo County, Michigan; Lowcountry Alliance for Model Communities; Martin Luther King, Jr. County, Washington; Native Village of Kipnuk; Parks Alliance of Louisville, Inc.; Pittsburgh Conservation Corps, doing business as Landforce; PUSH Buffalo; Southwest Renewal Foundation of High Point, Inc.; Treasure Island Mobility Management Agency; and WE ACT for Environmental Justice. Institute for Sustainable Communities was a plaintiff in the district court but did not join appellants' notice of appeal.

Defendants-appellees are the United States Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency.

Amici in the district court were Gather; American Society of Adaptation Professionals; Clean Air Coalition of Western New York; Climate and Energy Project; Connecticut Roundtable on Climate and Jobs; Eastern Rhode Island Conservation District; Emerald Cities Collaborative; Engineers Without Borders; Erie County Restorative

Justice Coalition; Greenroots; Healthy Bourbon County Action Team; City of Oakridge; Racial & Environmental Justice Committee; Rhode Island School Recycling Project; Santa Fe Green Chamber of Commerce; Transportation for Massachusetts; and Urban Sustainability Directors Network. Also participating as amici in the district court were the following States and Commonwealth, in addition to the District of Columbia: New York, Massachusetts, California, Arizona, Colorado, Connecticut, Hawaii, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, and Washington.

## B. Rulings Under Review

The rulings under review are the opinion and order entered in *Appalachian Voices v. Environmental Protection Agency*, No. 1:25-cv-01982-RJL (D.D.C.) (Dkt. Nos. 98 & 99), by the Honorable Richard J. Leon on August 29, 2025. The district court's opinion is not published but is available at 2025 WL 2494905.

## C. Related Cases

This case has not previously been before this Court or any court other than the district court. *Sustainability Institute v. Trump*, which

is pending in both the United States Court of Appeals for the Fourth Circuit (No. 25-1575) and United States District Court for the District of South Carolina (No. 2:25-cv-2152), raises related issues.

    Respectfully submitted,

DANIEL TENNY

*/s/ Simon G. Jerome*
SIMON GREGORY JEROME
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7209*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  (202) 514-1673

Dated: October 20, 2025