<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| APPALACHIAN VOICES, *et al.*, ) <br> ) <br> *Appellants*, ) <br> ) <br> v. ) <br> ) <br> U.S. ENVIRONMENTAL ) <br> PROTECTION AGENCY, *et al.*, ) <br> ) <br> *Appellees* ) | Case No. 25-5333 |

## APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to this Court's order of September 19, 2025, and D.C. Circuit Rule 27(a)(4), appellants submit this Certificate as to Parties, Rulings, and Related Cases.

**(A) Parties and *Amici***

**(i) Parties, Intervenors, and *Amici* Who Appeared in the District Court**

This case is an appeal from the ruling of a district court.

**(ii) Parties to this Case**

<u>Appellants:</u>

Appellants are Appalachian Voices; 2°C Mississippi; Air Alliance Houston; Allegheny County, Pennsylvania; Bessemer Historical Society (d/b/a Steelworks

Center of the West); City and County of San Francisco, California; City of Sacramento, California; City of Springfield, Massachusetts; Deep South Center for Environmental Justice; Downwinders At Risk; Health Resources in Action; Inter-Tribal Council of Michigan; Kalamazoo County, Michigan; Lowcountry Alliance for Model Communities; Martin Luther King Jr. County, Washington; Native Village of Kipnuk; Parks Alliance of Louisville, Inc.; Pittsburgh Conservation Corps (d/b/a Landforce); PUSH Buffalo; Southwest Renewal Foundation of High Point, Inc., Treasure Island Mobility Management Agency; and WE ACT for Environmental Justice.

<u>Appellees:</u>

Appellees are the United States Environmental Protection Agency ("EPA") and Lee Zeldin, in his official capacity as Administrator of the EPA.

<u>Intervenors:</u>

None at present.

**(iii) *Amici* in this Case**

None at present.

**(iv) Circuit Rule 26.1 Disclosures**

**Appalachian Voices**

<u>Non-Governmental Corporate Party to this Action</u>: Appalachian Voices

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Appalachian Voices is a nonprofit corporation organized and existing under the laws of North Carolina. Appalachian Voices brings people together to protect the land, air, and water of Central and Southern Appalachia, and advance a just transition to a generative and equitable clean energy economy.

### 2°C Mississippi

<u>Non-Governmental Corporate Party to this Action</u>: 2°C Mississippi

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: 2°C Mississippi is a nonprofit corporation organized and existing under the laws of Mississippi that partners with communities to create climate resilience through adaptation, mitigation, and education projects.

### Air Alliance Houston

<u>Non-Governmental Corporate Party to this Action</u>: Air Alliance Houston ("AAH")

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: AAH is a nonprofit corporation organized and existing under the laws of Texas. As an environmental health advocacy

organization, AAH uses research, education, and advocacy to reduce the public health impacts of air pollution, primarily in Harris County.

### Bessemer Historical Society (d/b/a Steelworks Center of the West)

<u>Non-Governmental Corporate Party to this Action</u>: Bessemer Historical Society (d/b/a Steelworks Center of the West) ("Steelworks")

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Steelworks is a nonprofit corporation organized and existing under the laws of Colorado. Steelworks operates a museum, provides education programs, and works to meet its community's needs, including by combating food deserts, addressing lack of public transportation, and building community resilience to disasters.

### Deep South Center for Environmental Justice

<u>Non-Governmental Corporate Party to this Action</u>: Deep South Center for Environmental Justice ("DSCEJ")

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: DSCEJ is a nonprofit corporation organized and existing under the laws of Louisiana. DSCEJ conducts research, education, and health and safety training programs for environmental careers in the South.

## Downwinders at Risk

Non-Governmental Corporate Party to this Action: Downwinders at Risk ("Downwinders")

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: Downwinders is a nonprofit corporation organized and existing under the laws of Texas that works to reduce particulate matter pollution in the Dallas-Fort Worth area.

## Health Resources in Action

Non-Governmental Corporate Party to this Action: Health Resources in Action ("HRiA")

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: HRiA is a nonprofit corporation organized and existing under the laws of Massachusetts. HRiA partners with and awards grants to individuals, organizations, and communities to develop and implement public health initiatives.

## Inter-Tribal Council of Michigan

Non-Governmental Corporate Party to this Action: Inter-Tribal Council of Michigan

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: Inter-tribal Council of Michigan is a nonprofit corporation organized and existing under the laws of Michigan that advocates for member tribes in the development of programs and policies that improve the quality of life for Native Americans in Michigan.

## Lowcountry Alliance for Model Communities

Non-Governmental Corporate Party to this Action: Lowcountry Alliance for Model Communities ("Lowcountry")

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

Party's General Nature and Purpose: Lowcountry is a nonprofit corporation organized and existing under the laws of South Carolina. Lowcountry addresses quality of life concerns in North Charleston through development, education, employment, housing and community initiatives.

## Parks Alliance of Louisville, Inc.

Non-Governmental Corporate Party to this Action: Parks Alliance of Louisville, Inc. ("Parks Alliance")

Parent Corporations: None.

Publicly Held Company that Owns 10% or More of Party's Stock: None.

<u>Party's General Nature and Purpose</u>: Parks Alliance is a nonprofit corporation organized and existing under the laws of Kentucky that works to improve public health through investment in public parks in Louisville.

### Pittsburgh Conservation Corps (d/b/a Landforce)

<u>Non-Governmental Corporate Party to this Action</u>: Pittsburgh Conservation Corps (d/b/a Landforce) ("Landforce")

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Landforce is a nonprofit organization organized and existing under the laws of Pennsylvania that recruits and trains Pittsburgh-area adults in ecological restoration, providing them the support and skills to find and keep good-paying, permanent jobs.

### PUSH Buffalo

<u>Non-Governmental Corporate Party to this Action</u>: PUSH Buffalo

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: PUSH Buffalo is a nonprofit corporation organized and existing under the laws of New York, that works to address environmental issues in homes, and trains residents for careers in clean energy and sustainability.

**Southwest Renewal Foundation of High Point, Inc.**

<u>Non-Governmental Corporate Party to this Action</u>: Southwest Renewal Foundation of High Point, Inc. ("Southwest Renewal")

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: Southwest Renewal is a nonprofit corporation organized and existing under the laws of North Carolina that works to improve environmental health and community prosperity in High Point.

**WE ACT for Environmental Justice**

<u>Non-Governmental Corporate Party to this Action</u>: WE ACT for Environmental Justice ("WE ACT")

<u>Parent Corporations</u>: None.

<u>Publicly Held Company that Owns 10% or More of Party's Stock</u>: None.

<u>Party's General Nature and Purpose</u>: WE ACT is a nonprofit corporation organized and existing under the laws of New York. WE ACT works to ensure residents can participate in the creation of environmental health policies through education, workforce development, and education about engagement in government decision-making processes.

**(B) Rulings Under Review**

Appellants seek review of the Order and Memorandum Opinion denying Plaintiffs' Motions for Preliminary Injunction and Class Certification and granting Defendants' Motion to Dismiss. Order, *Appalachian Voices v. EPA*, No. 25-1982 (RJL) (D.D.C. Aug. 29, 2025), Dkt. 99; Mem. Op. *Appalachian Voices v. EPA*, No. 25-1982 (RJL), 2025 WL 2494905 (D.D.C. Aug. 29, 2025).

**(C) Related Cases**

*The Sustainability Institute v. Donald Trump*, No. 25-1575 (4th Cir.).

Dated: October 20, 2025

Respectfully submitted,

*/s/ Hana V. Vizcarra*
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No: 6062814) (*application pending*)
Linnet Davis-Stermitz (WA Bar No. 63190)
Earthjustice
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org
ldavisstermitz@earthjustice.org

*Counsel for Appellants Air Alliance Houston, Bessemer Historical Society*

*(d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice*

*/s/ Ben Grillot*
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
Irena Como (N.C. Bar No. 51812)
James Whitlock (N.C. Bar No. 34304)
SOUTHERN ENVIRONMENTAL LAW CENTER
122 C St NW, Suite 325
Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org
jwhitlock@selc.org

*Counsel for Appellants Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (Landforce) and Southwest Renewal Foundation*

*/s/ Graham Provost*
 Graham Provost (D.C. Bar No. 1780222) (*application pending*)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788

10

graham@publicrightsproject.org

*Counsel for Appellants Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency*

<u>/s/ Gary DiBianco</u>
Gary DiBianco (D.C. Bar No. 458669)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
(202) 258-6826
Gary@lawyersforgoodgovernment.org

*Counsel for Appellants Inter-Tribal Council of Michigan, Kalamazoo County, and Native Village of Kipnuk.*

<u>/s/ Sara J. Eisenberg</u>
David Chiu (CA Bar No. 189542)
SAN FRANCISCO CITY ATTORNEY
Yvonne R. Meré (CA Bar No. 175394)
Chief Deputy City Attorney
Sara J. Eisenberg (CA Bar No. 269303)
Chief of Complex and Affirmative Litigation
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
sara.eisenberg@sfcityatty.org

*Counsel for Appellants City and County of San Francisco and Treasure Island Mobility Management Agency*

*/s/ Alison Holcomb*
Alison Holcomb (WA Bar No. 23303) (*application pending*)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
aholcomb@kingcounty.gov

*Counsel for Appellant Martin Luther King, Jr. County*