# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5333
2. DATE DOCKETED: 09-19-2025
3. CASE NAME (lead parties only) APPALACHIAN VOICES v. EPA
4. TYPE OF CASE: ☐ District Ct - ● US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ● No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action 25-cv-1982 (RJL)   Bankruptcy                    Tax
      Criminal                       Adversary
      Miscellaneous                  Ancillary
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Richard J. Leon                              Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 08/29/2025     e. Date notice of appeal filed: 09/16/2025
   f. Has any other notice of appeal been filed in this case? ○ Yes ● No  If YES, date filed:
   g. Are any motions currently pending in trial court? ○ Yes ● No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ● Yes ○ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ____ ● No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ● Yes ○ No If YES, give each case's court and case name, and docket number:
      The Sustainability Institute v. Donald Trump No. 25-1575 (4th Cir.)
   k. Does this case turn on validity or correct interpretation or application of a statute? ● Yes ○ No
      If YES, give popular name and citation of statute APA, 5 U.S.C. § 551 et seq.; CAA 42 U.S.C. § 7438
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ● No  If so, provide program name and participation dates

Signature _____  Date 10/20/2025
Name of Party Appellants listed in the accompanying Certificate of Parties
Name of Counsel for Appellant/Petitioner Hana Vizcarra
Address 1001 G St NW, Suite 1000, Washington DC 20001
Phone (202) 840-6203     Fax ( )    -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit through this Court's CM/ECF system, which will serve a copy of the on all registered users.

**Dated: October 20, 2025**　　　　　　　　*/s/ Hana Vizcarra*
　　　　　　　　　　　　　　　　　　　　　Hana Vizcarra