<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| APPALACHIAN VOICES, *et al.*, <br><br> *Appellants*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Appellees* | Case No. 25-5333 |

**APPELLANTS' NON-BINDING STATEMENT OF ISSUES**

Pursuant to this Court's order of September 19, 2025, appellants submit the following non-binding statement of issues to be raised.

1. Whether the federal district court has jurisdiction over Administrative Procedure Act ("APA") claims that address an agency's policy-level decision to eliminate a statutorily mandated grant program, seek to enforce rights under the Constitution and statutes, and ask the court to award the classic APA remedy of setting aside unlawful agency action.

2. Whether Plaintiffs state a valid constitutional claim where an agency's policy decision violates the Constitution's separation of powers and the Presentment Clause.

Dated: October 20, 2025

Respectfully submitted,

*/s/ HANA V. VIZCARRA*
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No: 6062814) (*application pending*)
Linnet Davis-Stermitz (WA Bar No. 63190)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org
ldavisstermitz@earthjustice.org

*Counsel for Appellants Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice*

*/s/ Ben Grillot*
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
Irena Como (N.C. Bar No. 51812)
James Whitlock (N.C. Bar No. 34304)
SOUTHERN ENVIRONMENTAL LAW CENTER
122 C St NW, Suite 325

Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org
jwhitlock@selc.org

*Counsel for Appellants Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (Landforce) and Southwest Renewal Foundation*

*/s/ Graham Provost*
 Graham Provost (D.C. Bar No. 1780222) (*application pending*)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
graham@publicrightsproject.org


*Counsel for Appellants Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency*

*/s/ Gary DiBianco*
Gary DiBianco (D.C. Bar No. 458669)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Avenue NW, # 5001

3

Washington, D.C. 20011
(202) 258-6826
Gary@lawyersforgoodgovernment.org

*Counsel for Appellants Inter-Tribal Council of Michigan, Kalamazoo County, and Native Village of Kipnuk.*

*/s/ Sara J. Eisenberg*
David Chiu (CA Bar No. 189542)
SAN FRANCISCO CITY ATTORNEY
Yvonne R. Meré (CA Bar No. 175394)
Chief Deputy City Attorney
Sara J. Eisenberg (CA Bar No. 269303)
Chief of Complex and Affirmative Litigation
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
sara.eisenberg@sfcityatty.org

*Counsel for Appellants City and County of San Francisco and Treasure Island Mobility Management Agency*

*/s/ Alison Holcomb*
Alison Holcomb (WA Bar No. 23303)
(*Application Pending*)
Deputy General Counsel to King County Executive & Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483

aholcomb@kingcounty.gov

*Counsel for Appellant Martin Luther King, Jr. County*