# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** APPALACHIAN VOICES, et al.

v.

EPA, et al.

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

City and County of San Francisco

Treasure Island Mobility Management Agency

### Counsel Information

**Lead Counsel:** Sara J. Eisenberg
**Direct Phone:** (415) 554-3874  **Fax:** (415) 437-4644  **Email:** sara.eisenberg@sfcityatty.org

**2nd Counsel:** Yvonne R. Meré
**Direct Phone:** (415) 554-4708  **Fax:** (415) 437-4644  **Email:** yvonne.mere@sfcityatty.org

**3rd Counsel:**
**Direct Phone:** (   )    -      **Fax:** (   )    -      **Email:**

**Firm Name:** San Francisco City Attorney's Office
**Firm Address:** 1390 Market Street, 7th Floor
**Firm Phone:** (415) 554-3800  **Fax:** (415) 437-4644  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)