[NOT YET SCHEDULED FOR ORAL ARGUMENT]

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| APPALACHIAN VOICES, *et al.*, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants-Appellees. | No. 25-5333 |

**PLAINTIFFS-APPELLANTS' REPLY TO RESPONSE TO MOTION FOR EXPEDITED BRIEFING SCHEDULE AND ORAL ARGUMENT**

Plaintiff-Appellants do not object to the Defendant-Appellees' request for a response deadline 30 days after the opening brief is filed. However, Plaintiff-Appellants oppose the Defendant-Appellees' request for an open-ended deadline contingent on Congressional restoration of funding. Plaintiff-Appellants will file their brief in a timely manner and request that this Court enter an order directing Appellees to respond within 30 days.

Plaintiff-Appellants oppose the Defendant-Appellees' request for an open-ended response deadline for the following reasons.

1. Plaintiffs continue to suffer ongoing harm from EPA's policy decision to ignore Section 138 of the Clean Air Act and eliminate the entire Environmental

1

and Climate Justice Grant program. Delayed resolution of this case is not in the public interest given the important legal issues at stake that have consequences for communities around the country in need of the essential projects hamstrung by the government's actions.

    2. An Order from this Court would authorize the Department of Justice to proceed with briefing. In their request for an open-ended briefing schedule, the government argues that "Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances . . . ." But this prohibition on work does not apply where the work is "authorized by law." 31 U.S.C. § 1342. The Department of Justice's own contingency plan makes clear that this extends to aspects of civil litigation where the Court denies a request to postpone litigation, stating:

> "If a court denies such a request [to postpone litigation] and orders a case to continue, the Government will comply with the court's order, which would constitute express legal authorization for the activity to continue."

U.S. Department of Justice FY 2026 Contingency Plan (Sept. 29, 2025) at 3. As such, if the Court denies Defendant-Appellees' request and orders that the government's response brief be due 30 days after the opening brief is filed, the Department of Justice attorneys will be permitted to work and there will be no justification for further delay.

**Dated:** October 21, 2025

Respectfully submitted,

*/s/ Ben Grillot*
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
Irena Como (N.C. Bar No. 51812)
James Whitlock (N.C. Bar No. 34304)
SOUTHERN ENVIRONMENTAL LAW CENTER
122 C St NW, Suite 325
Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org
jwhitlock@selc.org

*Counsel for Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (d/b/a Landforce) and Southwest Renewal Foundation and Proposed Class Counsel.*

*/s/ Hana V. Vizcarra*
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Linnet Davis-Stermitz (WA Bar No. 63190)
Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No. 6062814)
(*DCC application pending*)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
ldavisstermitz@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org

3

*Counsel for Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and Proposed Class Counsel.*

<u>*/s/ Graham Provost*</u>
Graham Provost (D.C. Bar No. 1780222)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
graham@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency, and Proposed Class Counsel.*

<u>*/s/ Gary DiBianco*</u>
Gary DiBianco (D.C. Bar No. 458669)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
(202) 258-6826
Gary@lawyersforgoodgovernment.org

*Co-Counsel for Native Village of Kipnuk, Inter-Tribal Council of Michigan, and Kalamazoo County.*

<u>*/s/ Yvonne R. Meré*</u>
David Chiu (CA Bar No. 189542)
*San Francisco City Attorney*
Yvonne R. Meré (CA Bar No. 175394)

4

(*Pro Hac Vice*)
*Chief Deputy City Attorney*
*Chief of Strategic Advocacy*
Sara J. Eisenberg (CA Bar No. 269303)
*Chief of Complex and Affirmative Litigation*
*Deputy City Attorney*
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
sara.eisenberg@sfcityatty.org

*Counsel for Plaintiffs City and County of San Francisco and Treasure Island Mobility Management Agency.*

*/s/ Alison Holcomb*
General Counsel to King County Executive &amp; Special Deputy Prosecutor
Alison Holcomb
Deputy General Counsel to King County Executive and Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
aholcomb@kingcounty.gov

*Counsel for Plaintiff Martin Luther King, Jr. County.*

5

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this reply complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Times New Roman 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 858 words, according to the word count of Microsoft Word.

/s/ Ben Grillot
Ben Grillot