# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5333** | **September Term, 2025** |
| | 1:25-cv-01982-RJL |
| | **Filed On:** October 23, 2025 |

Appalachian Voices, et al.,

    Appellants

Institute for Sustainable Communities,

    Appellee

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

    Appellees

    **BEFORE:**    Katsas, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite, the response thereto, and the reply it is

**ORDERED** that the following briefing schedule will apply:

| | |
|---|---|
| Appellants' Brief | October 27, 2025 |
| Appellees' Brief | The later of November 26, 2025, or 30 days after appropriations are restored to the Department of Justice |
| Reply Brief | 7 days from Appellees' Brief |
| Deferred Appendix | 7 days from Reply Brief |
| Final Briefs | 14 days from Deferred Appendix |

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 25-5333**                                        **September Term, 2025**

      The Clerk is directed to calendar this case for argument on the first appropriate date following the conclusion of briefing.  The parties will be informed later of the date of oral argument and the composition of the merits panel.

      Appellant should raise all issues and arguments in the opening brief.  The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms.  While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known.  See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 43–44 (2025); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  <u>See</u> Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  <u>See</u> D.C. Cir. Rule 28(a)(8).

<u>**Per Curiam**</u>

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:   /s/
      Selena R. Gancasz
      Deputy Clerk