# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** APPALACHIAN VOICES, et al.

v.

UNITED STATES EPA, et al.

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained   ○ Pro Bono   ○ Appointed (CJA/FPD)   ○ Gov't counsel

for the  ● Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Allegheny County | City of Sacramento |
| Kalamazoo County | City and County of San Francisco |
| King County | City of Springfield |
| Native Village of Kipnuk | Treasure Island Mobility Management Agency |

### Counsel Information

**Lead Counsel:** Toby Merrill

**Direct Phone:** (707) 297-3837   **Fax:** ( )     **Email:** toby@publicrightsproject.org

**2nd Counsel:** Graham Provost

**Direct Phone:** (510) 738-6788   **Fax:** ( )   -   **Email:** graham@publicrightsproject.org

**3rd Counsel:** Cassandra Crawford

**Direct Phone:** (707) 654-2437   **Fax:** ( )   -   **Email:** cassandra@publicrightsproject.org

**Firm Name:** Public Rights Project

**Firm Address:** 490 43rd Street, Unit #115, Oakland, CA 94609

**Firm Phone:** (501) 738-6788   **Fax:** ( )   -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)