[ORAL ARGUMENT NOT YET SCHEDULED]

No. 25-5333

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

APPALACHIAN VOICES, *et al.*,

*Plaintiffs-Appellants*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Defendants-Appellees*.

---

*On Appeal from the United States District Court
for the District of Columbia*

---

**NOTICE OF INTENT OF CONSTITUTIONAL ACCOUNTABILITY
CENTER TO PARTICIPATE AS *AMICIS CURIAE*
IN SUPPORT OF PLAINTIFFS-APPELLANTS**

---

> Elizabeth B. Wydra
> Brianne J. Gorod
> Brian R. Frazelle
> Miriam Becker-Cohen
> Nina Henry
> CONSTITUTIONAL
>   ACCOUNTABILITY CENTER
> 1730 Rhode Island Ave. NW
> Suite 1200
> Washington, D.C. 20036
> (202) 296-6889
> brianne@theusconstitution.org
>
> *Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* states that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICUS CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, Constitutional Accountability Center hereby gives notice that it intends to file a brief as *amicus curiae* in support of Plaintiffs-Appellants. All parties have consented to the filing of this brief.

    Respectfully submitted,

    /s/ Brianne J. Gorod
    Elizabeth B. Wydra
    Brianne J. Gorod
    Brian R. Frazelle
    Miriam Becker-Cohen
    Nina Henry
    CONSTITUTIONAL ACCOUNTABILITY CENTER
    1730 Rhode Island Ave. NW
    Suite 1200
    Washington, D.C. 20036
    (202) 296-6889
    brianne@theusconstitution.org

    *Counsel for Amicus Curiae*

Dated: November 3, 2025

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on November 3, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 3rd day of November, 2025.

/s/ Brianne J. Gorod
Brianne J. Gorod

*Counsel for Amicus Curiae*