# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5333**                        **September Term, 2025**

**1:25-cv-01982-RJL**

**Filed On:** November 13, 2025

Appalachian Voices, et al.,

       Appellants

Institute for Sustainable Communities,

       Appellee

       v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

       Appellees

### O R D E R

Upon consideration of the court's order filed on October 23, 2025, and the restoration of appropriations to the Department of Justice, it is

**ORDERED** that the following revised remainder of the briefing schedule will apply:

| | |
|---|---|
| Appellees' Brief | December 12, 2025 |
| Reply Brief | December 19, 2025 |
| Deferred Appendix | December 26, 2025 |
| Final Briefs | January 9, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk