# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Appalachian Voices

v.

Environmental Protection Agency

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Environmental Protection Agency

Lee Zeldin

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) _____ Fax: (___) _____ Email:

**2nd Counsel:**

Direct Phone: (___) _____ Fax: (___) _____ Email:

**3rd Counsel:** John Bailey

Direct Phone: ( 202 ) 514-6993 Fax: (___) _____ Email: john.bailey@usdoj.gov

Firm Name: U.S. Department of Justice, Civil Division

Firm Address: 950 Pennsylvania Ave NW, Washington DC 20530

Firm Phone: (___) _____ Fax: (___) _____ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)