# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

APPALACHIAN VOICES, et al.,
    *Appellants*,

    *v.*

ENVIRONMENTAL PROTECTION AGENCY, et al.,
    *Appellees.*

No. 25-5333

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiffs and Defendants, pursuant to Federal Rule of Appellate Procedure 26 and D.C. Circuit Rule 26, respectfully move to modify the existing briefing schedule as set forth in the Clerk's November 13, 2025 Order. The parties jointly request this modest adjustment to accommodate previously scheduled professional obligations and the upcoming holiday schedule.

1. Under the current schedule, Defendants' opposition brief is due on December 12, 2025, and Plaintiffs' reply brief is due on December 19, 2025. The parties jointly propose the following revised schedule:

- **Defendants' Brief**: January 7, 2026

- **Plaintiffs' Reply Brief**: January 21, 2026

- **Deferred Appendix**: January 28, 2026

- **Final Briefs**: February 4, 2026

- **Oral Argument**: Calendared for first appropriate date following the end of briefing.

2.  Good cause exists for this request. Counsel for both sides have significant preexisting commitments, including briefing deadlines in other matters and previously scheduled travel, that make the current timeline impracticable. Additionally, oral argument has not been set, and the requested modification will not delay any other aspect of the Court's consideration of this case.

3.  For these reasons, the parties respectfully request that the Court grant this joint motion and adopt the revised briefing schedule set forth above.

Respectfully submitted,

 /s/ *John Bailey*
JOHN BAILEY
*Counsel to the Assistant Attorney General*
DANIEL TENNY
SIMON GREGORY JEROME
*Attorneys*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave.,*
*Washington, D.C. 20530*
*(202) 514-6993*

*Counsel for Defendants*

/s/ *Ben Grillot*
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
Irena Como (N.C. Bar No. 51812)
James Whitlock (N.C. Bar No. 34304)
Southern Environmental Law Center
122 C St NW, Suite 325
Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org
jwhitlock@selc.org

*Counsel for Appalachian Voices, 2°C*
*Mississippi, Lowcountry Alliance for Model*
*Communities, Parks Alliance of Louisville,*

3

*Pittsburgh Conservation Corps (d/b/a Landforce) and Southwest Renewal Foundation and Proposed Class Counsel.*

/s/ Hana V. Vizcarra
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Linnet Davis-Stermitz (WA Bar No. 63190)
Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No. 6062814)
Earthjustice
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
ldavisstermitz@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org

*Counsel for Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and Proposed Class Counsel.*

/s/ Toby Merrill
Toby Merrill (D.D.C. Bar ID MA0006)

4

Cassandra Crawford (N.C. Bar No. 45396)
Graham Provost (D.C. Bar No. 1780222)
Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
cassandra@publicrightsproject.org
graham@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency, and Proposed Class Counsel.*

/s/ Gary DiBianco
Gary DiBianco (D.C. Bar No. 458669)
Lawyers for Good Government
1319 F St NW, Ste 301, PMB 387
Washington DC 20004(202) 258-6826
Gary@lawyersforgoodgovernment.org

*Co-Counsel for Native Village of Kipnuk, Inter-Tribal Council of Michigan, and Kalamazoo County.*

/s/ Yvonne R. Meré
David Chiu (CA Bar No. 189542)
*San Francisco City Attorney*
Yvonne R. Meré (CA Bar No. 175394)
*Chief Deputy City Attorney*

5

Mollie M. Lee (CA Bar No. 251404)
*Chief of Strategic Advocacy*
Sara J. Eisenberg (CA Bar No. 269303)
*Chief of Complex and Affirmative Litigation*
*Deputy City Attorney*
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org

*Counsel for Appellants City and County of San Francisco and Treasure Island Mobility Management Agency.*

<u>/s/ Alison Holcomb</u>
Alison Holcomb
Deputy General Counsel to King County Executive and Special Deputy Prosecutor
Office of King County Prosecuting Attorney Leesa Manion
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
aholcomb@kingcounty.gov

*Counsel for Appellant Martin Luther King, Jr. County.*

DECEMBER 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 196 words, according to the word count of Microsoft Word.

                                              */s/ John Bailey*
                                              John Bailey

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                            */s/ John Bailey*
                                            John Bailey