# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5333**  September Term, 2025

1:25-cv-01982-RJL

Filed On: December 8, 2025 [2149204]

Appalachian Voices, et al.,

    Appellants

Institute for Sustainable Communities,

    Appellee

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

    Appellees

## O R D E R

Upon consideration of the joint motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | January 7, 2026 |
| Appellants' Reply Brief | January 21, 2026 |
| Deferred Appendix | January 28, 2026 |
| Final Briefs | February 4, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk