<u>ORAL ARGUMENT NOT YET SCHEDULED</u>

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5333

APPALACHIAN VOICES, et al.,
*Plaintiff-Appellants*,
*v.*
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Defendant-Appellees*.
On Appeal from the United States District Court
for the District of Columbia
No 25-cv-01982
The Hon. Richard J. Leon, Senior Judge

NOTICE OF INTENT TO WITHDRAW

Alison Holcomb, Counsel for Plaintiff-Appellant Martin Luther King, Jr. County, respectfully requests leave to withdraw from representation in this matter. Plaintiff-Appellant Martin Luther King, Jr. County continues to be represented by the following attorneys:

>Ben Grillot
>Southern Environmental Law Center
>122 C Street NW, Suite 325
>Washington, DC 20001
>Telephone: (202) 828-8382
>Facsimile: (202) 347-6041
>bgrillot@selc.org
>
>Toby Merrill
>Graham Provost
>Cassandra Crawford
>Public Rights Project
>490 43rd Street, Unit #115
>Oakland, CA 94609
>(510) 738-6788
>toby@publicrightsproject.org
>graham@publicrightsproject.org
>cassandra@publicrightsproject.org

DATED this 12th day of January, 2026.

>/s/ *Alison Holcomb*
>Alison Holcomb
>Office of King County Prosecuting
>Attorney Leesa Manion
>401 5th Avenue, Suite 800
>Seattle, WA 98104
>(206) 477-9483
>aholcomb@kingcounty.gov

1