# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** APPALACHIAN VOICES, et al.

v.

EPA, et al.

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Air Alliance Houston | Health Resources in Action |
| Bessemer Historical Society d/b/a Steelworks | Inter-tribal Council of Michigan |
| Deep South Center for Environmental Justice | PUSH Buffalo |
| Downwinders at Risk | WE ACT for Environmental Justice |

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) _____ Fax: (___) _____ Email:

**2nd Counsel:** Andrew Saavedra

Direct Phone: ( 347 ) 705-0903  Fax: (___) _____ Email: asaavedra@earthjustice.org

**3rd Counsel:**

Direct Phone: (___) _____ Fax: (___) _____ Email:

**Firm Name:** Earthjustice

**Firm Address:** 48 Wall Street, 15th Floor, New York, NY 10005

**Firm Phone:** ( 212 ) 845-7376  Fax: ( 212 ) 918-1556  Email: neoffice@earthjustice.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)