# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5333**                  **September Term, 2025**

1:25-cv-01982-RJL

Filed On: March 3, 2026 [2161897]

Appalachian Voices, et al.,

    Appellants

Institute for Sustainable Communities,

    Appellee

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 16, 2026, at 9:30 A.M.:

    Appellants   -   10 Minutes

    Appellees   -   10 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Rao and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 5, 2026.

**Per Curiam**

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:   /s/
                           Daniel J. Reidy
                           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)