March 4, 2026

Mr. Clifton Cislak
Clerk of Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

>    Re: *Appalachian Voices, et. al. v. EPA*, No. 25-5333
>    Letter Filed Under Fed. R. App. P. 28(j)

Dear Mr. Cislak,

Counsel for *Appalachian Voices*, *et. al.*, respectfully submit this Rule 28(j) letter to inform the court of concessions made at oral argument in *Climate United Fund v. CitiBank, N.A.* (No. 25-5122) before an *en banc* sitting of the D.C. Circuit on Tuesday, February 24, 2026.

In its brief here, EPA asserted that "once EPA terminated plaintiffs' grant agreements, any funds beyond allowable pre-termination and closeout costs ceased to be legally obligated." Final Br. for Appellees at 15. EPA argued that already-awarded funds were rescinded by H.R.1, mooting Plaintiffs' claims.

At argument before the court last week, however, counsel for EPA explained that grant funds remain obligated until the grant closeout process is complete, stating:

> MR. ROTH: [The grant money] sits there until – it doesn't get technically deobligated until closeout is done. So it's there and available for closeout purposes.
>
> THE COURT: But still obligated until the closeout process is complete?
>
> MR. ROTH: That's how the regs are supposed to work, yes.
>
> Ex.1, Transcript of Oral Argument at 80:8-10.

Mr. Roth's statements align with longstanding principles of fiscal law and EPA's practice. *See, e.g.*, 2 C.F.R. § 200.340 *et. seq.* (regulations describing the close out process); JA844-45 (EPA email stating "[w]e don't process a deobligation until we get the final financial report."). Thus, Plaintiffs' funds remained obligated at the

time H.R. 1 was enacted and were unaffected by the legislation. Accordingly, Plaintiffs' claims are not moot. Pls.' Final Reply Br. at 2-9.

In addition, Mr. Roth conceded plaintiffs have causes of action in the district courts when EPA dismantles an entire grant program, refusing to spend a mandatory appropriation. *See*, Ex. 1, Transcript of Oral Argument at 59:18-22; 68:11-16; 81:6-11. He also acknowledged that a separation of powers claim turns on whether the statute requires the government to fund the program. Transcript of Oral Argument at 18:16-22.

    Respectfully,

    */s/ Ben Grillot*
    Ben Grillot (D.C. Bar No. 982114)
    Kimberley Hunter (N.C. Bar No. 41333)
    Irena Como (N.C. Bar No. 51812)
    James Whitlock (N.C. Bar No. 34304)
    SOUTHERN ENVIRONMENTAL LAW CENTER
    500 New Jersey Avenue, Suite 600
    Washington, DC 20001
    Telephone: (202) 828-8382
    Facsimile: (202) 347-6041
    bgrillot@selc.org
    kmeyer@selc.org
    icomo@selc.org
    jwhitlock@selc.org

    *Counsel for Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (d/b/a Landforce) and Southwest Renewal Foundation and Proposed Class Counsel.*

    */s/ Hana V. Vizcarra*
    Hana V. Vizcarra (D.C. Bar No. 1011750)
    Deena Tumeh (D.C. Bar No. 1741543)
    Linnet Davis-Stermitz (WA Bar No. 63190)
    Molly Prothero (D.C. Bar No. 1779237)
    Andrew Saavedra (N.Y. Bar No. 6062814)
    EARTHJUSTICE

1250 I Street NW, 4th Floor
Washington, DC 20005 (202) 667-4500
hvizcarra@earthjustice.org
dtumeh@earthjustice.org
ldavisstermitz@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org

*Counsel for Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and Proposed Class Counsel.*


*/s/ Toby Merrill*
Toby Merrill (D.D.C. Bar ID MA0006)
Graham Provost (D.C. Bar No. 1780222)
Cassandra Crawford (N.C. Bar No. 45369)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
graham@publicrightsproject.org
cassandra@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency, and Proposed Class Counsel.*

*/s/ Gary DiBianco*
Gary DiBianco (D.C. Bar No. 458669)
LAWYERS FOR GOOD GOVERNMENT
1319 F Street NW, Suite 301, PMB 387
Washington DC 20004
(202) 258-6826
Gary@lawyersforgoodgovernment.org

*Co-Counsel for Native Village of Kipnuk, Inter-Tribal Council of Michigan, and Kalamazoo County.*

<u>*/s/ Yvonne R. Meré*</u>
David Chiu (CA Bar No. 189542)
*San Francisco City Attorney*
Yvonne R. Meré (CA Bar No. 175394)
*Chief Deputy City Attorney*
Mollie M. Lee (CA Bar No. 251404)
*Chief of Strategic Advocacy*
Sara J. Eisenberg (CA Bar No. 269303)
*Chief of Complex and Affirmative Litigation*
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org

*Counsel for Appellants City and County of San Francisco and Treasure Island Mobility Management Agency.*

<u>*/s/ Alison Holcomb*</u>
Alison Holcomb[+]
Deputy General Counsel to King County Executive and Special Deputy Prosecutor
Christopher Sanders[*]
OFFICE OF KING COUNTY PROSECUTING ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
aholcomb@kingcounty.gov

+ Notice of intent to withdraw (Jan. 12, 2026)
* Application for pro hac vice admission forthcoming, pending acceptance of e-filing registration

*Counsel for Appellant Martin Luther King, Jr. County.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing letter complies within the type-volume limitations of Fed. R. App. P. 28(j) and D.C. Circuit local rules because the body contains 306 words. This letter also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)(A) because this letter was prepared in a proportionally spaced typeface using Word 14-point Times New Roman.

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2026, I electronically filed the foregoing with the Clerk for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

       */s/ Ben Grillot*
       Ben Grillot (D.C. Bar No. 982114)
       SOUTHERN ENVIRONMENTAL LAW CENTER
       500 New Jersey Avenue, Suite 600
       Washington, DC 20001
       Telephone: (202) 828-8382
       Facsimile: (202) 347-6041
       bgrillot@selc.org