# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5333** | **September Term, 2025** |
| | **1:25-cv-01982-RJL** |
| | **Filed On: March 16, 2026** [2163871] |

Appalachian Voices, et al.,

    Appellants

Institute for Sustainable Communities,

    Appellee

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

    Appellees

    **BEFORE:**    Chief Judge Srinivasan, Circuit Judges Rao and Walker

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, March 16, 2026 at 9:36 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Benjamin Grillot, counsel for Appellants.

    John Bailey (DOJ), counsel for Appellees.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:    /s/
              Jaime T. Stratton
              Deputy Clerk