# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** APPALACHIAN VOICES, et al.

**v.**

EPA, et al.

**Case No:** 25-5333

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

City and County of San Francisco

Treasure Island Mobility Management Agency

### Counsel Information

Lead Counsel:

Direct Phone: ( ____ ) _____ Fax: ( ____ ) _____ Email:

2nd Counsel:

Direct Phone: ( ____ ) _____ Fax: ( ____ ) _____ Email:

3rd Counsel: Michael I. Levin-Gesundheit

Direct Phone: ( 415 ) 554-4240 Fax: ( 415 ) 437-4644 Email: michael.levin@sfcityatty.org

Firm Name: San Francisco City Attorney's Office

Firm Address: 1390 Market Street, 7th Floor

Firm Phone: ( 415 ) 554-3800 Fax: ( 415 ) 437-4644 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.