# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5333**                          **September Term, 2025**

1:25-cv-01982-RJL

Filed On: September 19, 2025 [2135746]

Appalachian Voices, et al.,

        Appellants

    v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

        Appellees

## O R D E R

        The notice of appeal was filed on September 16, 2025, and docketed in this court on September 19, 2025. It is, on the court's own motion,

        **ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | October 20, 2025 |
| Docketing Statement Form | October 20, 2025 |
| Entry of Appearance Form (Attorneys Only) | October 20, 2025 |
| Procedural Motions, if any | October 20, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 20, 2025 |
| Statement of Issues to be Raised | October 20, 2025 |
| Transcript Status Report | October 20, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | October 20, 2025 |
| Dispositive Motions, if any | November 3, 2025 |

**No. 25-5333**                                                    **September Term, 2025**

It is

      **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 20, 2025 |
| Entry of Appearance Form (Attorneys Only) | October 20, 2025 |
| Procedural Motions, if any | October 20, 2025 |
| Dispositive Motions, if any | November 3, 2025 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                             BY:    /s/
                                         Laura M. Morgan
                                         Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Request to Enter Appellate Mediation Program (Optional)](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)