[NOT YET SCHEDULED FOR ORAL ARGUMENT]

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

APPALACHIAN VOICES, *et al.*,

        Plaintiffs-Appellants,

        v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

        Defendants-Appellees.

No. 25-5333

**PLAINTIFFS-APPELLANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE AND ORAL ARGUMENT**

Pursuant to Federal Rule of Appellate Procedure 27, plaintiffs-appellants respectfully move this Court to expedite this appeal and, specifically, to order the briefing schedule specified in ¶ 4 below.

Plaintiffs further respectfully request that the Court calendar the case for oral argument at its earliest convenience following the close of briefing.

Defendants-appellees oppose this motion.

1.      Plaintiffs are entities that received federal grants from the Environmental Protection Agency under the Environmental and Climate Justice Block Grant program created by Congress and codified at 42 U.S.C § 7438. In February 2025, the Environmental Protection Agency made a decision to terminate

that entire block grant program, and then began terminating the individual grants awarded under the program. Plaintiffs brought suit on behalf of themselves and a putative class of other entities whose grants were terminated.

2.      On August 29, 2025, the district court dismissed the suit, concluding that it lacked jurisdiction over Plaintiffs' claims. See D. Ct. Dkt. Nos. 98 & 99. On September 17, 2025, Plaintiffs noticed an appeal and sought an injunction pending appeal from the district court. D. Ct. Dkt. Nos 100 & 101. On September 25, the district court denied Plaintiffs' motion. D. Ct. Dkt. No. 106.

3.      In light of the ongoing harms that Plaintiffs are suffering from the terminations of their grants, there is good cause to expedite this appeal.

4.      Plaintiffs propose the following briefing schedule:

        Opening Brief: October 20, 2025

        Response Brief: November 10, 2025

        Reply Brief: November 17, 2025.

5.      For these briefs, the parties consent to using a deferred appendix pursuant to Federal Rules of Appellate Procedure 31(c).

6.      Plaintiffs further respectfully ask that the Court calendar this case for argument at its earliest convenience following the close of briefing

**Dated:** October 1, 2025

Respectfully submitted,

*/s/ Ben Grillot*
Ben Grillot (D.C. Bar No. 982114)
Kimberley Hunter (N.C. Bar No. 41333)
(*Pro Hac Vice*)
Irena Como (N.C. Bar No. 51812)
(*Pro Hac Vice*)
James Whitlock (N.C. Bar No. 34304)
(*Pro Hac Vice*)
SOUTHERN ENVIRONMENTAL LAW CENTER
122 C St NW, Suite 325
Washington, DC 20001
Telephone: (202) 828-8382
Facsimile: (202) 347-6041
bgrillot@selc.org
kmeyer@selc.org
icomo@selc.org
jwhitlock@selc.org

*Counsel for Appalachian Voices, 2°C Mississippi, Lowcountry Alliance for Model Communities, Parks Alliance of Louisville, Pittsburgh Conservation Corps (d/b/a Landforce) and Southwest Renewal Foundation and Proposed Class Counsel.*

*/s/ Hana V. Vizcarra*
Hana V. Vizcarra (D.C. Bar No. 1011750)
Deena Tumeh (D.C. Bar No. 1741543)
Linnet Davis-Stermitz (WA Bar No. 63190)
(*Pro Hac Vice*)
Molly Prothero (D.C. Bar No. 1779237)
Andrew Saavedra (N.Y. Bar No. 6062814)
(*Pro Hac Vice*)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001
(202) 667-4500
hvizcarra@earthjustice.org

dtumeh@earthjustice.org
ldavisstermitz@earthjustice.org
mprothero@earthjustice.org
asaavedra@earthjustice.org

*Counsel for Air Alliance Houston, Bessemer Historical Society (d/b/a Steelworks Center of the West), Deep South Center for Environmental Justice, Downwinders at Risk, Health Resources in Action, Inter-Tribal Council of Michigan, PUSH Buffalo, and WE ACT for Environmental Justice and Proposed Class Counsel.*

/s/ Toby Merrill
Toby Merrill (D.D.C. Bar ID MA0006)
Graham Provost (D.C. Bar No. 1780222)
(*Pro Hac Vice*)
Elaine Poon (VA Bar No. 91963)
(*Pro Hac Vice*)
Cassandra Crawford (N.C. Bar No. 45369)
(*Pro Hac Vice*)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Telephone: (510) 738-6788
toby@publicrightsproject.org
graham@publicrightsproject.org
elaine@publicrightsproject.org
cassandra@publicrightsproject.org

*Counsel for Allegheny County, Kalamazoo County, King County, Native Village of Kipnuk, City of Sacramento, City and County of San Francisco, City of Springfield and Treasure Island Mobility Management Agency, and Proposed Class Counsel.*

/s/ Gary DiBianco
Gary DiBianco (D.C. Bar No. 458669)
Jillian Blanchard (CA Bar No. 203593)

(*Pro Hac Vice*)
Larissa Koehler (CA Bar No. 289581)
(*Pro Hac Vice*)
LAWYERS FOR GOOD GOVERNMENT
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
(202) 258-6826
Gary@lawyersforgoodgovernment.org
Jillian@lawyersforgoodgovernment.org
Larissa@lawyersforgoodgovernment.org

*Co-Counsel for Native Village of Kipnuk, Inter-Tribal Council of Michigan, and Kalamazoo County.*


*/s/ Yvonne R. Meré*
David Chiu (CA Bar No. 189542)
*San Francisco City Attorney*
Yvonne R. Meré (CA Bar No. 175394)
(*Pro Hac Vice*)
*Chief Deputy City Attorney*
Mollie M. Lee (CA Bar No. 251404)
(*Pro Hac Vice*)
*Chief of Strategic Advocacy*
Sara J. Eisenberg (CA Bar No. 269303)
(*Pro Hac Vice*)
*Chief of Complex and Affirmative Litigation Deputy City Attorney*
1390 Market Street, 7th Floor
San Francisco, CA 94102
Telephone: (415) 554-4274
yvonne.mere@sfcityatty.org
mollie.lee@sfcityatty.org
sara.eisenberg@sfcityatty.org

*Counsel for Plaintiffs City and County of San Francisco and Treasure Island Mobility Management Agency.*

*/s/ Alison Holcomb*
David J. Hackett
(*Pro Hac Vice*)
General Counsel to King County Executive
&amp; Special Deputy Prosecutor
Alison Holcomb
(*Pro Hac Vice*)
Deputy General Counsel to King County
Executive and Special Deputy Prosecutor
OFFICE OF KING COUNTY PROSECUTING
ATTORNEY LEESA MANION
401 5th Avenue, Suite 800
Seattle, WA 98104
(206) 477-9483
*David.Hackett@kingcounty.gov*
*aholcomb@kingcounty.gov*

*Counsel for Plaintiff Martin Luther King, Jr.*
*County.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Times New Roman 14-point, a proportionally spaced font, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 288 words, according to the word count of Microsoft Word.


/s/ Ben Grillot
Ben Grillot