No. 25-5333                  September Term, 2025

1:25-cv-01982-RJL

Filed On: October 6, 2025

Appalachian Voices, et al.,

       Appellants

Institute for Sustainable Communities,

       Appellee

    v.

Environmental Protection Agency and Lee M. Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency,

       Appellees

      **BEFORE:**    Katsas, Walker, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite, it is

**ORDERED** that appellees file a response to the motion by October 14, 2025. Any reply is due by October 21, 2025

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Elbert Lestrade
Deputy Clerk