IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

APPALACHIAN VOICES, et al.,
    *Appellants*,

v.

ENVIRONMENTAL PROTECTION AGENCY, et al.,
    *Appellees*.

No. 25-5333

**RESPONSE TO MOTION TO EXPEDITE CASE**

Plaintiffs-appellants have moved the Court to expedite briefing and oral argument in this appeal. On October 6, the Court ordered defendants-appellees to respond to plaintiffs' motion. Pursuant to that order, defendants state the following:

1. Plaintiffs have requested the following deadlines for expedited briefing:

- Opening brief: October 20, 2025

- Response brief: November 10, 2025

- Reply brief: November 17, 2025

2. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including defendant Environmental Protection Agency. The Department does not know when funding will be restored by Congress.

3. Absent an appropriation, Department of Justice attorneys and employees of the federal defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Defendants do not oppose plaintiffs' request for an opening brief deadline of October 20, nor that any reply brief be due within seven days of the filing of a response brief. But given the lapse in appropriations, defendants are not presently able to agree to a fixed response-brief deadline. Instead, undersigned counsel for the Department of Justice respectfully requests that the response brief be due on the latest of (1)

November 19 (30 days after the proposed deadline for the opening brief); (2) 30 days after the opening brief is actually filed; or (3) 30 days after funding is restored.

5. Even apart from the lapse in appropriations, defendants respectfully submit that 30 days, the norm under the Federal Rules, *see* Fed. R. App. P. 31(a)(1)—not the 21 days plaintiffs propose—is an appropriate length of time for the preparation and filing of a response brief. There is no justification for departing from that default where, as here, plaintiffs filed their motion to expedite 33 days after the order on appeal was filed by the district court, and in that motion sought almost three more weeks to file their brief.

6. Plaintiffs have also moved for oral argument to be calendared for the earliest convenient hearing date following the close of briefing. *See* Mot. ¶ 6. Defendants take no position on this request and defer to the Court on the appropriate scheduling of oral argument.

Respectfully submitted,

DANIEL TENNY

 /s/ *Simon Gregory Jerome*
SIMON GREGORY JEROME
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7209*
*Washington, D.C. 20530*
*(202) 514-1673*

OCTOBER 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 396 words, according to the word count of Microsoft Word.

                                              /s/ *Simon G. Jerome*
                                              Simon G. Jerome

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                         */s/ Simon G. Jerome*
                                         Simon G. Jerome